FILED
CLERK, U.S. DISTRICT COURT

October 19, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES PADILLA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PERATON, INC., MARIE MASSEY, LESLIE SPEEKS and DOES 1 to 100, inclusive,<br><br>　　　　　Defendants. | Case No. 5:19-cv-01379 SB (SPx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANT PERATON, INC.**<br><br>Trial Date: October 7, 2021 |

Following a five-day jury trial, the jury returned a unanimous verdict in favor of Defendant Peraton, Inc. All other defendants were dismissed with prejudice previously.

**BASED ON THE FOREGOING, IT IS HEREBY ADJUDGED** that based on the jury's verdict as referenced above, Plaintiff shall take nothing by way of her operative First Amended Complaint and judgment shall be and hereby is entered in Defendant Peraton, Inc.'s favor as to all causes of action asserted against it in this action.

**IT IS HEREBY FURTHER ADJUDGED** that Defendant Peraton, Inc. may seek to recover costs pursuant to Rule 54 of the Federal Rules of Civil Procedure, and Central District Local Rule 54-1, *et seq.*, and Plaintiff Dolores Padilla expressly reserves the right to submit objections or motions challenging any such request.

**IT IS SO ORDERED**.

DATED: 10/19/2021

_____
HON. STANLEY BLUMENFELD, JR.
CENTRAL DISTRICT OF CALIFORNIA